UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATHERINE A. MANWARREN,

        Plaintiff,

     v.

MEB LOAN TRUST IV, U.S. BANK
NATIONAL ASSOCIATION, et al.,

        Defendants.

No.  2:22–cv–1819–KJN (Consent)

ORDER

(ECF No. 14.)

On December 2, 2022, counsel for plaintiff filed a proposed substitution of attorney using the court's standard form.  (ECF No. 14.)  Upon review, it appears plaintiff has not obtained another attorney but instead proposes she be allowed to substitute as a pro se litigant in place of her attorney.  Plaintiff and counsel's use of the substitution form is improper.  Local Rule 182(d) requires that if an attorney seeks to withdraw, and this withdrawal would leave the client without an attorney, this requires "leave of court upon noticed motion and notice to the client and all other parties who have appeared."  Thus, plaintiff's proposed substitution of attorney (ECF No. 14) is DENIED.  Plaintiff's counsel may seek to withdraw by noticing a fully briefed motion following Local Rule 182(d); both plaintiff and counsel should expect to appear at the hearing.

Dated:  December 8, 2022

manw.1819

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1